UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ROBERT AND SANDRA MORRISON,**
individually and on behalf of all others
similarly situated                                                                          **PLAINTIFFS**

v.                                                                          Case 1:10cv 223 LGRHW

**UNITED STATES GYPSUM COMPANY,**
a Delaware Corporation                                                                 **DEFENDANT**

## AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE

This matter came on Plaintiffs' Motion for Dismissal Without Prejudice, and the Court noting the agreement of the parties, grants Plaintiffs' Motion to Dismiss Without Prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that Plaintiffs' Complaint herein is dismissed without prejudice with each party to bear its own costs.

**SO ORDERED AND ADJUDGED** this the 17th day of August 2010.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge

AGREED TO:

/s/ Dewitt M. Lovelace
DEWITT M. LOVELACE, MSB #1449
LOVELACE LAW FIRM, P.A.
12870 U.S. Highway 98 West, Suite 200
Miramar Beach, FL 32550
Telephone: (850) 837-6020
Facsimile: (850) 837-4093
ATTORNEY FOR PLAINTIFFS

/s/ Sheldon G. Alston
SHELDON G. ALSTON, MSB #9784
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
190 East Capitol Street, Suite 100
Jackson, Mississippi 39201
Telephone: (601) 948-3101
Facsimile: (601) 960-6902
ATTORNEY FOR DEFENDANT

01042637